No. 67861.—L. V. M. Importing Co. *v.* United States, protest 61/22943 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of footwear in chief value of rubber, not a product of which any synthetic resin or resin-like substance is the chief binding agent, and that it is unlike any article manufactured or produced in the United States, the claim of the plaintiff was sustained.

No. 67862.—Davis Products, Inc. *v.* United States, protests 62/7660 and 62/8354 (Los Angeles).

Opinion by OLIVER, C.J. In accordance with oral stipulation of counsel that the merchandise consists of vinyl plastic swim belts and split horse swimming rings, not chiefly used for the amusement of children, and most similar in construction and use to manufactured articles of rubber, the claim of the plaintiff was sustained.